IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>HARRIS COUNTY, TEXAS,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-02296-CMR<br><br><br><br>HON. CYNTHIA M. RUFE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Local Rule 5.1(c), STEVEN F. CHERRY of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") respectfully requests the Court withdraw his appearance as counsel for Defendant Apotex Corp. and discontinue ECF notifications to him for the above-captioned matter. WilmerHale, which has appeared for Apotex Corp., shall continue to represent Apotex Corp. in this action.

Dated: December 31, 2024

Respectfully submitted,

/s/
Steven F. Cherry
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, District of Columbia 20037
(202)-663-6000
steven.cherry@wilmerhale.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 31, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A notice of Electronic Filing was transmitted to all ECF registrants.

                                                      /s/
                                                      Steven F. Cherry